UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANA ANA GELASHVILI et al.,

                                      Plaintiffs,

             -v-

MERRICK GARLAND et al.,

                                      Defendants.

22 Civ. 3066 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On June 28, 2022, defendants filed a motion to dismiss plaintiffs' complaint under Rule 12 of the Federal Rules of Civil Procedure. Under Rule 15(a)(1)(B), a plaintiff has 21 days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course.

Accordingly, it is hereby ORDERED that plaintiffs shall file any amended complaint by July 19, 2022. No further opportunities to amend will ordinarily be granted. If plaintiffs do amend, by August 9, 2022, defendants shall: (1) file an answer; (2) file a new motion to dismiss; or (3) submit a letter to the Court, copying plaintiffs, stating that they rely on the previously filed motion to dismiss.[1]

It is further ORDERED that if no amended complaint is filed, plaintiffs shall serve any opposition to the motion to dismiss by July 19, 2022. Defendants' reply, if any, shall be served by August 2, 2022. At the time any reply is served, the moving party shall supply the Court with a courtesy copy of all motion papers by attaching them as PDF files to a single email addressed to EngelmayerNYSDChambers@nysd.uscourts.gov.

---

[1] If defendants file a new motion to dismiss or relies on their previous motion, defendants' opposition will be due 14 days thereafter, and plaintiffs' reply, if any, will be due seven days after that.

The Court will determine later, after receipt of plaintiffs' anticipated brief opposing a motion to dismiss the current or amended complaint, whether to schedule oral argument.

SO ORDERED.

                                                    *Paul A. Engelmayer*
                                                    PAUL A. ENGELMAYER
                                                    United States District Judge

Dated: June 28, 2022
       New York, New York